*Form 130* (3/23)–doc 6

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Jamar Leroy Henderson | ) | Case No. 24–13531–pmm |
| | ) | |
| | ) | |
| Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## Order Requiring Documents

**AND NOW,** the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

Documents and Deadline

Means Test Calculation 122C–2 Due 10/15/24
Plan Due 10/15/24
Schedules A Due 10/15/24
Schedules B Due 10/15/24
Schedules C Due 10/15/24
Schedules D Due 10/15/24
Schedules E Due 10/15/24
Schedules F Due 10/15/24
Schedules G Due 10/15/24
Schedules H Due 10/15/24
Schedules I Due 10/15/24
Schedules J Due 10/15/24
Statement of Current Monthly Income (122C–1) Due 10/15/24
Statement of Financial Affairs Due 10/15/24
Summary of Assets and Liabilities Due 10/15/24

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

Date: October 1, 2024

By the Court

Patricia M. Mayer
Judge, United States Bankruptcy Court