UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Jamar Leroy Henderson,

|  |  |  |
|---|---|---|
|  | : | Chapter 13 |
|  | : |  |
| Debtor. | : | Bky. No.  24-13531 (PMM) |

**O R D E R**

AND NOW, upon consideration of the Debtor's Motion for an Additional Extension of Time (Doc. no. 13, "the Motion"), it is hereby **ORDERED** that:

1. Subject to Paragraphs 3-4 below, the Motion is **GRANTED** and the deadline for filing the statements, schedules and other documents required by the rules of court is **EXTENDED** to **November 12, 2024**.

2. **NO FURTHER EXTENSIONS WILL BE GRANTED**.  **If the required schedules, statements and other documents are not timely filed, this case may be DISMISSED without further notice or hearing.**

3. This extension of time is **CONDITIONED** on the **WAIVER** of the Debtor's right to object to a proof of claim on the ground that it was filed after the deadline set by Fed. R. Bankr. P. 3002(c), **PROVIDED** that the proof of claim is filed  **on or before January 6, 2025.**

4. Within three (3) business days of the docketing and service of the notice of meeting of creditors, **DEBTOR'S COUNSEL SHALL SERVE THIS ORDER** on all creditors and parties in interest and shall promptly thereafter file a certification of service.

*/Patricia M. Mayer/*

Date:  10/30/24

**Hon. Patricia M. Mayer**
**U.S. Bankruptcy Judge**