# U.S. Bankruptcy Court
## Eastern District of Pennsylvania (Philadelphia)
### Bankruptcy Petition #: 24-13531-pmm

*Date filed:* 09/30/2024

*Assigned to:* Judge Patricia M. Mayer
Chapter 13
Voluntary
Asset



EXHIBIT A

*Debtor*
**Jamar Leroy Henderson**
5049 N 16th St
Philadelphia, PA 19141-2240
PHILADELPHIA-PA
SSN / ITIN: xxx-xx-6102

represented by **MICHAEL A. CIBIK**
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
215-735-1060
Email: help@cibiklaw.com

*Trustee*
**KENNETH E. WEST**
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107
215-627-1377

*U.S. Trustee*
**United States Trustee**
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
(215)597-4411

| Filing Date | # | Docket Text |
| --- | --- | --- |
| 09/30/2024 | 1 (8 pgs) | Chapter 13 Voluntary Petition for Individual . Fee Amount $313 Filed by Jamar Leroy Henderson. Government Proof of Claim Deadline: 03/31/2025.Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1 Due10/15/2024 Means Test Calculation Form 122C-2 - *If Applicable* - Due: 10/15/2024. Chapter 13 Plan due by 10/15/2024. Schedules AB-J due 10/15/2024. Statement of Financial Affairs due 10/15/2024. Summary of Assets and Liabilities due 10/15/2024. Incomplete Filings due by 10/15/2024. (CIBIK, MICHAEL) (Entered: 09/30/2024) |
| 09/30/2024 | 2 | Statement of Social Security Number Received. Filed by MICHAEL A. CIBIK on behalf of Jamar Leroy Henderson. (CIBIK, MICHAEL) (Entered: 09/30/2024) |

| Date | Doc # | Description |
|---|---|---|
| 09/30/2024 | 3 (1 pg) | Certificate of Credit Counseling Filed by MICHAEL A. CIBIK on behalf of Jamar Leroy Henderson. (CIBIK, MICHAEL) (Entered: 09/30/2024) |
| 09/30/2024 | | Receipt of Voluntary Petition (Chapter 13)( 24-13531) [misc,volp13a] ( 313.00) Filing Fee. Receipt number A26030381. Fee Amount $ 313.00. (re: Doc# 1) (U.S. Treasury) (Entered: 09/30/2024) |
| 09/30/2024 | 4 | Matrix List of Creditors Filed. Number of pages filed: 3, Filed by MICHAEL A. CIBIK on behalf of Jamar Leroy Henderson. (CIBIK, MICHAEL) (Entered: 09/30/2024) |
| 09/30/2024 | 5 (2 pgs) | Disclosure of Compensation of Attorney for Debtor in the amount of $3,175.00 Debtor Jamar Leroy Henderson Filed by MICHAEL A. CIBIK on behalf of Jamar Leroy Henderson. (CIBIK, MICHAEL) (Entered: 09/30/2024) |
| 10/01/2024 | | Name of Trustee assigned to case: KENNETH E. WEST. (D., Tasha) (Entered: 10/01/2024) |
| 10/01/2024 | 6 (1 pg) | Order Entered the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr.P.1007, It is hereby ORDERED that this case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed are not filed by deadlines listed. *Any request for an extension of time must be filed prior to the expiration of the deadlines listed*. Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1 Due 10/15/2024. Means Test Calculation Form 122C-2 - *If Applicable* - Due: 10/15/2024. Chapter 13 Plan due by 10/15/2024. Schedules AB-J due 10/15/2024. Statement of Financial Affairs due 10/15/2024. Summary of Assets and Liabilities due 10/15/2024. (D., Tasha) (Entered: 10/01/2024) |
| 10/03/2024 | 7 (2 pgs) | BNC Certificate of Mailing - Order Requiring Documents. Number of Notices Mailed: (related document(s) (Related Doc # 6)). No. of Notices: 1. Notice Date 10/03/2024. (Admin.) (Entered: 10/04/2024) |
| 10/08/2024 | 8 (1 pg) | Praecipe to Withdraw Proof of Claim for Claim Number 1. Filed by Merrick Bank. (McCann, Brandie) (Entered: 10/08/2024) |
| 10/09/2024 | 9 (2 pgs) | Notice of Appearance and Request for Notice by MATTHEW K. FISSEL Filed by MATTHEW K. FISSEL on behalf of HSBC Bank USA, National Association, as Trustee for ACE Securities Corp. Home Equity Loan Trust, Ser. (FISSEL, MATTHEW) (Entered: 10/09/2024) |
| 10/15/2024 | 10 (3 pgs) | Motion to extend time to file schedules, statements and related documents Filed by Jamar Leroy Henderson Represented by MICHAEL A. CIBIK (Counsel). (CIBIK, MICHAEL) (Entered: 10/15/2024) |
| 10/16/2024 | 11 (1 pg) | Order Granting Motion to Extend Time (Related Doc 10) Atty Disclosure Statement due 10/25/2024. Chapter 13 Plan due by 10/25/2024. Schedules AB-J due 10/25/2024. Statement of Financial Affairs due 10/25/2024. Statistical Summary of Certain Liabilities due 10/25/2024.Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1 Due10/25/2024 Means Test Calculation Form 122C-2 - *If Applicable* - Due: 10/25/2024. This case my be dismissed without further notice if the schedules are not file by October 29, 2024.(G., Jeanette) (Entered: 10/16/2024) |

| | | |
|---|---|---|
| 10/18/2024 | [12](#) (3 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # [11](#))). No. of Notices: 1. Notice Date 10/18/2024. (Admin.) (Entered: 10/19/2024) |
| 10/28/2024 | [13](#) (3 pgs) | Motion to Extend Time time to File Schedules, Statements and Related Documents Filed by Jamar Leroy Henderson Represented by MICHAEL A. CIBIK (Counsel). (CIBIK, MICHAEL) (Entered: 10/28/2024) |
| 10/30/2024 | [14](#) (1 pg) | Order Granting Motion to Extend Time (Related Doc # [13](#)) Incomplete Filings due by 11/12/2024. Atty Disclosure Statement due 11/12/2024. Chapter 13 Plan due by 11/12/2024. Schedules AB-J due 11/12/2024. Statement of Financial Affairs due 11/12/2024. Statistical Summary of Certain Liabilities due 11/12/2024. Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1 Due 11/12/2024. Means Test Calculation Form 122C-2 - *If Applicable* - Due: 11/12/2024. No further extensions will be granted. (S., Antoinette) (Entered: 10/30/2024) |
| 11/01/2024 | [15](#) (2 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # [14](#))). No. of Notices: 1. Notice Date 11/01/2024. (Admin.) (Entered: 11/02/2024) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 11/07/2024 12:34:53 | | | |
| **PACER Login:** | bs082020 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 24-13531-pmm Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |