# U.S. Bankruptcy Court
## Eastern District of Pennsylvania (Philadelphia)
### Bankruptcy Petition #: 23-12680-pmm



*Assigned to:* Judge Patricia M. Mayer
Chapter 13
Voluntary
Asset

*Date filed:* 09/07/2023
*Date terminated:* 07/10/2024
*Debtor dismissed:* 03/26/2024

*Debtor disposition:* Dismissed for Other Reason

| | |
|---|---|
| **Debtor**<br>**Jamar Leroy Henderson**<br>5049 N 16th St<br>Philadelphia, PA 19141-2240<br>PHILADELPHIA-PA<br>SSN / ITIN: xxx-xx-6102 | represented by **MICHAEL A. CIBIK**<br>Cibik Law, P.C.<br>1500 Walnut Street<br>Suite 900<br>Philadelphia, PA 19102<br>215-735-1060<br>Email: help@cibiklaw.com |
| **Trustee**<br>**KENNETH E. WEST**<br>Office of the Chapter 13 Standing Trustee<br>1234 Market Street - Suite 1813<br>Philadelphia, PA 19107<br>215-627-1377 | represented by **KENNETH E. WEST**<br>Office of the Chapter 13 Standing Trustee<br>1234 Market Street - Suite 1813<br>Philadelphia, PA 19107<br>215-627-1377<br>Fax : 215-627-6299<br>Email: ecfemails@ph13trustee.com |
| **U.S. Trustee**<br>**United States Trustee**<br>Office of United States Trustee<br>Robert N.C. Nix Federal Building<br>900 Market Street<br>Suite 320<br>Philadelphia, PA 19107<br>(215)597-4411 | |

| Filing Date | # | Docket Text |
|---|---|---|
| 09/07/2023 | 1<br>(8 pgs) | Chapter 13 Voluntary Petition for Individual . Fee Amount $313 Filed by Jamar Leroy Henderson. Government Proof of Claim Deadline: 03/5/2024. Atty Disclosure Statement due 09/21/2023.Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1 Due09/21/2023 Chapter 13 Plan due by 09/21/2023. Schedules AB-J due 09/21/2023. Statement of Financial Affairs due 09/21/2023. Summary of Assets and Liabilities due 09/21/2023. Incomplete Filings due by 09/21/2023. (CIBIK, MICHAEL) (Entered: 09/07/2023) |

| Date | Doc # | Description |
|---|---|---|
| 09/07/2023 | 2 | Statement of Social Security Number Received. Filed by MICHAEL A. CIBIK on behalf of Jamar Leroy Henderson. (CIBIK, MICHAEL) (Entered: 09/07/2023) |
| 09/07/2023 | 3 (1 pg) | Certificate of Credit Counseling Filed by MICHAEL A. CIBIK on behalf of Jamar Leroy Henderson. (CIBIK, MICHAEL) (Entered: 09/07/2023) |
| 09/07/2023 |  | Receipt of Voluntary Petition (Chapter 13)( 23-12680) [misc,volp13a] ( 313.00) Filing Fee. Receipt number A25172664. Fee Amount $ 313.00. (re: Doc# 1) (U.S. Treasury) (Entered: 09/07/2023) |
| 09/08/2023 |  | Name of Trustee assigned to case: KENNETH E. WEST. (G., Jeanette) (Entered: 09/08/2023) |
| 09/08/2023 | 4 (1 pg) | Order Entered the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr.P.1007, It is hereby ORDERED that this case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed are not filed by deadlines listed. ***Any request for an extension of time must be filed prior to the expiration of the deadlines listed***. Atty Disclosure Statement due 9/21/2023. Matrix List of Creditors due 9/15/2023.Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1 Due 9/21/2023 Means Test Calculation Form 122C-2 - *If Applicable* - Due: 9/21/2023. Chapter 13 Plan due by 9/21/2023. Schedules AB-J due 9/21/2023. Statement of Financial Affairs due 9/21/2023. Summary of Assets and Liabilities due 9/21/2023. (G., Jeanette) (Entered: 09/08/2023) |
| 09/10/2023 | 5 (2 pgs) | BNC Certificate of Mailing - Order Requiring Documents. Number of Notices Mailed: (related document(s) (Related Doc # 4)). No. of Notices: 1. Notice Date 09/10/2023. (Admin.) (Entered: 09/11/2023) |
| 09/14/2023 | 6 | Matrix List of Creditors Filed. Number of pages filed: 2, Filed by MICHAEL A. CIBIK on behalf of Jamar Leroy Henderson. (CIBIK, MICHAEL) (Entered: 09/14/2023) |
| 09/15/2023 | 7 (2 pgs) | Notice of Appearance and Request for Notice by ADAM BRADLEY HALL Filed by ADAM BRADLEY HALL on behalf of Ajax Mortgage Loan Trust 2021-B. (HALL, ADAM) (Entered: 09/15/2023) |
| 09/19/2023 | 8 (2 pgs) | Notice of Appearance and Request for Notice by ANDREW L. SPIVACK Filed by ANDREW L. SPIVACK on behalf of HSBC Bank USA, National Association, as Trustee for ACE Securities Corp. Home Equity Loan Trust, Ser. (SPIVACK, ANDREW) (Entered: 09/19/2023) |
| 09/21/2023 | 9 (2 pgs; 2 docs) | Motion to extend time to file schedules Filed by Jamar Leroy Henderson Represented by MICHAEL A. CIBIK (Counsel). (Attachments: # 1 Proposed Order) (CIBIK, MICHAEL) (Entered: 09/21/2023) |
| 09/22/2023 | 10 (1 pg) | Order Granting Motion to Extend Time (Related Doc # 9) Atty Disclosure Statement due 10/2/2023. Chapter 13 Plan due by 10/2/2023. Schedules AB-J due 10/2/2023. Statement of Financial Affairs due 10/2/2023. Summary of Assets and Liabilities due 10/2/2023.Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1 Due10/2/2023 Means Test Calculation Form 122C-2 - *If Applicable* - Due: 10/2/2023. (G., Jeanette) (Entered: 09/22/2023) |

| Date | Doc # | Description |
|---|---|---|
| 09/24/2023 | 11 (3 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 10)). No. of Notices: 1. Notice Date 09/24/2023. (Admin.) (Entered: 09/25/2023) |
| 09/28/2023 | 12 (1 pg) | Praecipe to Withdraw Proof of Claim(s): 1 Filed by Deutche Bank National Trust. (Sanchez, Korinny) (Entered: 09/28/2023) |
| 10/02/2023 | 13 (2 pgs; 2 docs) | Motion to extend time to file schedules Filed by Jamar Leroy Henderson Represented by MICHAEL A. CIBIK (Counsel). (Attachments: # 1 Proposed Order) (CIBIK, MICHAEL) (Entered: 10/02/2023) |
| 10/03/2023 | 14 (1 pg) | Order Granting Motion to Extend Time (Related Doc # 13) Atty Disclosure Statement due 10/16/2023. Chapter 13 Plan due by 10/16/2023. Schedules AB-J due 10/16/2023. Statement of Financial Affairs due 10/16/2023. Summary of Assets and Liabilities due 10/16/2023.Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1 Due10/16/2023 Means Test Calculation Form 122C-2 - *If Applicable* - Due: 10/16/2023. (G., Jeanette) (Entered: 10/03/2023) |
| 10/05/2023 | 15 (3 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 14)). No. of Notices: 2. Notice Date 10/05/2023. (Admin.) (Entered: 10/06/2023) |
| 10/16/2023 | 16 (34 pgs) | Declaration About Individual Debtor's Schedules , Disclosure of Compensation of Attorney for Debtor in the amount of 4725.00 Debtor Jamar Leroy Henderson, Schedules A/B - J , Statement of Financial Affairs for Individual , Summary of Assets and Liabilities and Certain Statistical Information Filed by MICHAEL A. CIBIK on behalf of Jamar Leroy Henderson. (CIBIK, MICHAEL) (Entered: 10/16/2023) |
| 10/16/2023 | 17 (5 pgs) | Chapter 13 Plan Filed by Jamar Leroy Henderson. (CIBIK, MICHAEL) (Entered: 10/16/2023) |
| 10/16/2023 | 18 (3 pgs) | Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period for 3 Years Form 122C-1. Disposable Income Is Not Determined Filed by MICHAEL A. CIBIK on behalf of Jamar Leroy Henderson. (CIBIK, MICHAEL) (Entered: 10/16/2023) |
| 10/18/2023 | 19 (2 pgs) | Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors & Notice of Appointment of Trustee KENNETH E. WEST. The Debtor has filed a Plan. This Plan proposes payment to the trustee of $750.00 per month for 60 months. Filed by KENNETH E. WEST. 341(a) meeting to be held on 12/11/2023 at 10:15 AM via Zoom.us - West: Meeting ID 224 079 6575, Passcode 6266025562, Phone 1 (267) 362-3661. Objection to Dischargeability of Certain Debts due: 2/9/2024. Proofs of Claims due by 11/16/2023. Government Proof of Claim Deadline: 03/5/2024. Last day to Object to Confirmation 1/12/2024.Confirmation Hearing scheduled 1/23/2024 at 01:00 PM at Courtroom #1. (WEST, KENNETH) (Entered: 10/18/2023) |
| 10/20/2023 | 20 (5 pgs) | BNC Certificate of Mailing - Meeting of Creditors. Number of Notices Mailed: (related document(s) (Related Doc # 19)). No. of Notices: 8. Notice Date 10/20/2023. (Admin.) (Entered: 10/21/2023) |

| Date | Doc # | Description |
|---|---|---|
| 10/25/2023 | 21 (4 pgs) | Objection to Confirmation of Plan *and Certificate of Service* Filed by HSBC Bank USA, National Association, as Trustee for ACE Securities Corp. Home Equity Loan Trust, Ser (related document(s)17). (SPIVACK, ANDREW) (Entered: 10/25/2023) |
| 10/26/2023 | 22 (3 pgs) | Objection to Confirmation of Plan Filed by Ajax Mortgage Loan Trust 2021-B (related document(s)17). (HALL, ADAM) (Entered: 10/26/2023) |
| 12/05/2023 | 23 | Trustees Notice of Continued Meeting of Creditors. Reason for continuance: Mandatory document-Tax Return, Business Questionnaire,Social Security Card and Identification not filed 7 days prior to the 341 meeting.. 341(a) meeting to be held on 1/22/2024 at 11:30 AM via Zoom.us - West: Meeting ID 224 079 6575, Passcode 6266025562, Phone 1 (267) 362-3661. (WEST, KENNETH) (Entered: 12/05/2023) |
| 01/10/2024 | 24 (60 pgs; 6 docs) | Motion for Relief from Stay *5049 N. 16th St. Philadelphia, Pennsylvania 19141*. Fee Amount $199.00, Filed by HSBC Bank USA, National Association, as Trustee for ACE Securities Corp. Home Equity Loan Trust, Ser Represented by ANDREW L. SPIVACK (Counsel). Objections due by 2/7/2024. (Attachments: # 1 Service List # 2 Proposed Order # 3 Exhibit A - Payment History # 4 Exhibit Loan Documents # 5 Exhibit - Loan Modification) (SPIVACK, ANDREW) (Entered: 01/10/2024) |
| 01/10/2024 | 25 (2 pgs) | Notice of (related document(s): 24 Motion for Relief from Stay *5049 N. 16th St. Philadelphia, Pennsylvania 19141*. Fee Amount $199.00,) Filed by HSBC Bank USA, National Association, as Trustee for ACE Securities Corp. Home Equity Loan Trust, Ser. Hearing scheduled 2/14/2024 at 01:00 PM at Courtroom #1. (SPIVACK, ANDREW) (Entered: 01/10/2024) |
| 01/10/2024 | | Receipt of Motion for Relief From Stay( 23-12680-pmm) [motion,mrlfsty] ( 199.00) Filing Fee. Receipt number A25444633. Fee Amount $ 199.00. (re: Doc# 24) (U.S. Treasury) (Entered: 01/10/2024) |
| 01/16/2024 | 26 | Meeting of Creditors Not Held :*Will not be held on 1/22/2024.Mandatory document-Tax Return not filed 7 days prior to the 341 meeting*. (WEST, KENNETH) (Entered: 01/16/2024) |
| 01/23/2024 | 27 (2 pgs) | Objection to Motion for Relief From Stay filed by Creditor HSBC Bank USA, National Association, as Trustee for ACE Securities Corp. Home Equity Loan Trust, Ser Filed by Jamar Leroy Henderson (related document(s)24). (CIBIK, MICHAEL) (Entered: 01/23/2024) |
| 01/23/2024 | 28 | Hearing Continued on Confirmation. Hearing scheduled 03/26/2024 at 01:00 PM at Philadelphia Video Hearing. (Roman, Sara) (Entered: 01/23/2024) |
| 01/24/2024 | 29 (2 pgs; 2 docs) | Motion to Dismiss Case. Filed by KENNETH E. WEST Represented by KENNETH E. WEST (Counsel). (Attachments: # 1 Proposed Order) (WEST, KENNETH) (Entered: 01/24/2024) |
| 01/24/2024 | 30 (3 pgs; 2 docs) | Notice of (related document(s): 29 Motion to Dismiss Case. ) *Notice of Motion, Response Deadline and Hearing Date* Filed by KENNETH E. WEST. Hearing scheduled 3/26/2024 at 1:00 PM at Courtroom #1. (Attachments: # 1 Service List) (WEST, KENNETH) (Entered: 01/24/2024) |

| Date | Doc # | Description |
|---|---|---|
| 02/09/2024 | 31 | Hearing Scheduled 02/14/2024 on 24 Motion for Relief from Stay 5049 N. 16th St. Philadelphia, Pennsylvania 19141.Filed by HSBC Bank USA, National Association, as Trustee for ACE Securities Corp. Home Equity Loan Trust, Ser Represented by ANDREW L. SPIVACK (Counsel). Cancelled. Reason for Cancellation: Stipulation to be filed. (Roman, Sara) (Entered: 02/09/2024) |
| 02/13/2024 | 32 | Trustees Notice of Continued Meeting of Creditors. Reason for continuance: At the request of Debtor's counsel.. 341(a) meeting to be held on 3/18/2024 at 10:45 AM via Zoom.us - West: Meeting ID 224 079 6575, Passcode 6266025562, Phone 1 (267) 362-3661. (WEST, KENNETH) (Entered: 02/13/2024) |
| 02/13/2024 | 33 (4 pgs; 2 docs) | Stipulation of Settlement By HSBC Bank USA, National Association, as Trustee for ACE Securities Corp. Home Equity Loan Trust, Ser and Between Michael A. Cibik, Esquire *of Motion for Relief from Stay* Filed by ANDREW L. SPIVACK on behalf of HSBC Bank USA, National Association, as Trustee for ACE Securities Corp. Home Equity Loan Trust, Ser (related document(s)24). (Attachments: # 1 Proposed Order) (SPIVACK, ANDREW) (Entered: 02/13/2024) |
| 02/15/2024 | 34 (1 pg) | Order Entered Approving Stipulation of Settlement By HSBC Bank USA, National Association, as Trustee for ACE Securities Corp. Home Equity Loan Trust, Ser and Between Michael A. Cibik, Esquire of Motion for Relief from Stay Filed by ANDREW L. SPIVACK on behalf of HSBC Bank USA, National Association, as Trustee for ACE Securities Corp. Home Equity Loan Trust, Ser (related document(s)24, 33). (Roman, Sara) (Entered: 02/15/2024) |
| 02/17/2024 | 35 (3 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 34)). No. of Notices: 2. Notice Date 02/17/2024. (Admin.) (Entered: 02/18/2024) |
| 02/22/2024 | 36 (63 pgs; 3 docs) | Motion for Relief from Stay *on First Mortgage for Real Property located at 7254 North 21st Street, City of Philadelphia, PA 19138*. Fee Amount $199.00, Filed by Ajax Mortgage Loan Trust 2021-B Represented by ADAM BRADLEY HALL (Counsel). Objections due by 3/8/2024. (Attachments: # 1 Exhibit # 2 Proposed Order) (HALL, ADAM) (Entered: 02/22/2024) |
| 02/22/2024 | | Receipt of Motion for Relief From Stay( 23-12680-pmm) [motion,mrlfsty] ( 199.00) Filing Fee. Receipt number A25542040. Fee Amount $ 199.00. (re: Doc# 36) (U.S. Treasury) (Entered: 02/22/2024) |
| 02/22/2024 | 37 (3 pgs) | Notice of (related document(s): 36 Motion for Relief from Stay *on First Mortgage for Real Property located at 7254 North 21st Street, City of Philadelphia, PA 19138*. Fee Amount $199.00,) Filed by Ajax Mortgage Loan Trust 2021-B. Hearing scheduled 3/13/2024 at 01:00 PM at Courtroom #1. (HALL, ADAM) (Entered: 02/22/2024) |
| 03/11/2024 | 38 (4 pgs) | Certificate of No Response to *regarding Motion for Relief from Stay* Filed by ADAM BRADLEY HALL on behalf of Ajax Mortgage Loan Trust 2021-B (related document(s)36). (HALL, ADAM) (Entered: 03/11/2024) |

| Date | Doc # | Description |
|---|---|---|
| 03/11/2024 | 39 | Meeting of Creditors Not Held :*Will not be held on 3/18/2024.Mandatory document-Business questionnaire not filed 7 days prior to the 341 meeting.* (WEST, KENNETH) (Entered: 03/11/2024) |
| 03/12/2024 | [40](#) (2 pgs) | Order Granting Motion For Relief From Stay Filed by Ajax Mortgage Loan Trust 2021-B (Related Doc # [36](#)) (G., Jeanette) (Entered: 03/12/2024) |
| 03/14/2024 | [41](#) (2 pgs) | Praecipe to Withdraw *Objection to Confirmation of Plan* Filed by ADAM BRADLEY HALL on behalf of Ajax Mortgage Loan Trust 2021-B (related document(s)[22](#)). (HALL, ADAM) (Entered: 03/14/2024) |
| 03/14/2024 | [42](#) (4 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # [40](#))). No. of Notices: 2. Notice Date 03/14/2024. (Admin.) (Entered: 03/15/2024) |
| 03/25/2024 | [43](#) (1 pg) | Proposed Order Re: *Motion to Dismiss* Filed by MICHAEL A. CIBIK on behalf of Jamar Leroy Henderson (related document(s)[29](#)). (CIBIK, MICHAEL) (Entered: 03/25/2024) |
| 03/25/2024 | [44](#) (7 pgs; 5 docs) | Application for Compensation for MICHAEL A. CIBIK, Debtor's Attorney, Period: to, Fee: $4450, Expenses: $. Filed by MICHAEL A. CIBIK Represented by Self(Counsel). (Attachments: # [1](#) Exhibit A # [2](#) Proposed Order # [3](#) Notice # [4](#) Certificate of Service) (CIBIK, MICHAEL) (Entered: 03/25/2024) |
| 03/26/2024 | 45 | Hearing Held on Confirmation. Denied. Case Dismissed. (Roman, Sara) (Entered: 03/26/2024) |
| 03/26/2024 | 46 | Hearing Held on [29](#) Motion to Dismiss Case for Other Filed by KENNETH E. WEST. Order to be entered Granting Motion with retention. (Roman, Sara) (Entered: 03/26/2024) |
| 03/26/2024 | [47](#) (1 pg) | Order Dismissing Chapter 13 Case and setting deadline For Applications For Allowance of Administrative Expenses (Related Doc # [29](#)) (G., Jeanette) (Entered: 03/26/2024) |
| 03/28/2024 | [48](#) (4 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # [47](#))). No. of Notices: 8. Notice Date 03/28/2024. (Admin.) (Entered: 03/29/2024) |
| 04/26/2024 | [49](#) (1 pg) | Exhibit *B to Application for Compensation* Filed by MICHAEL A. CIBIK on behalf of Jamar Leroy Henderson (related document(s)[44](#)). (CIBIK, MICHAEL) (Entered: 04/26/2024) |
| 04/26/2024 | [50](#) (1 pg) | Certificate of No Response to *Application for Compensation* Filed by MICHAEL A. CIBIK on behalf of Jamar Leroy Henderson (related document(s)[47](#), [44](#)). (CIBIK, MICHAEL) (Entered: 04/26/2024) |
| 04/30/2024 | [51](#) (3 pgs) | Order Granting in part, Denying in part Application For Compensation (Related Doc # [44](#)) Granting in part, Denying in part for MICHAEL A. CIBIK, fees awarded: $3750.00, expenses awarded: $0.00 (G., Jeanette) (Entered: 04/30/2024) |

| | | |
|---|---|---|
| 05/02/2024 | [52](#) (5 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # [51](#))). No. of Notices: 2. Notice Date 05/02/2024. (Admin.) (Entered: 05/03/2024) |
| 07/09/2024 | [53](#) (3 pgs) | Chapter 13 Trustee's Final Report and Account, Dismissed. Filed by KENNETH E. WEST. (WEST, KENNETH) (Entered: 07/09/2024) |
| 07/10/2024 | | Bankruptcy Case Terminated for Statistical Purposes. (G., Jeanette) (Entered: 07/10/2024) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 11/07/2024 12:26:32 | | | |
| **PACER Login:** | bs082020 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 23-12680-pmm Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |