# U.S. Bankruptcy Court
## Eastern District of Pennsylvania (Philadelphia)
### Bankruptcy Petition #: 24-12261-pmm



EXHIBIT C

*Assigned to:* Judge Patricia M. Mayer
Chapter 13
Voluntary
Asset

*Date filed:* 07/01/2024
*Date terminated:* 09/04/2024
*Debtor dismissed:* 08/07/2024

*Debtor disposition:* Dismissed for Failure to File Information

| | |
|---|---|
| *Debtor*<br>**Jamar Leroy Henderson**<br>5049 N 16th St<br>Philadelphia, PA 19141-2240<br>PHILADELPHIA-PA<br>SSN / ITIN: xxx-xx-6102 | represented by **MICHAEL I. ASSAD**<br>Cibik Law, P.C.<br>1500 Walnut St<br>Ste 900<br>Philadelphia, PA 19102<br>215-735-1060<br>Email: michael@sadeklaw.com<br>*TERMINATED: 08/12/2024*<br><br>**MICHAEL A. CIBIK**<br>Cibik Law, P.C.<br>1500 Walnut Street<br>Suite 900<br>Philadelphia, PA 19102<br>215-735-1060<br>Email: help@cibiklaw.com |

*Trustee*
**KENNETH E. WEST**
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107
215-627-1377

*U.S. Trustee*
**United States Trustee**
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
(215)597-4411

| Filing Date | # | Docket Text |
|---|---|---|

| Date | Doc # | Description |
|---|---|---|
| 07/01/2024 | 1<br>(8 pgs) | Chapter 13 Voluntary Petition for Individual . Fee Amount $313 Filed by Jamar Leroy Henderson. Government Proof of Claim Deadline: 12/30/2024. Atty Disclosure Statement due 07/15/2024.Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1 Due07/15/2024 Means Test Calculation Form 122C-2 - *If Applicable* - Due: 07/15/2024. Chapter 13 Plan due by 07/15/2024. Schedules AB-J due 07/15/2024. Statement of Financial Affairs due 07/15/2024. Summary of Assets and Liabilities due 07/15/2024. Incomplete Filings due by 07/15/2024. (CIBIK, MICHAEL) (Entered: 07/01/2024) |
| 07/01/2024 | 2 | Statement of Social Security Number Received. Filed by MICHAEL A. CIBIK on behalf of Jamar Leroy Henderson. (CIBIK, MICHAEL) (Entered: 07/01/2024) |
| 07/01/2024 | 3<br>(1 pg) | Certificate of Credit Counseling Filed by MICHAEL A. CIBIK on behalf of Jamar Leroy Henderson. (CIBIK, MICHAEL) (Entered: 07/01/2024) |
| 07/01/2024 |  | Receipt of Voluntary Petition (Chapter 13)( 24-12261) [misc,volp13a] ( 313.00) Filing Fee. Receipt number A25824172. Fee Amount $ 313.00. (re: Doc# 1) (U.S. Treasury) (Entered: 07/01/2024) |
| 07/01/2024 | 4 | Matrix List of Creditors Filed. Number of pages filed: 3, Filed by MICHAEL A. CIBIK on behalf of Jamar Leroy Henderson. (CIBIK, MICHAEL) (Entered: 07/01/2024) |
| 07/01/2024 | 5<br>(3 pgs; 2 docs) | Motion to Extend Automatic Stay Filed by Jamar Leroy Henderson Represented by MICHAEL I. ASSAD (Counsel). (Attachments: # 1 Proposed Order) (ASSAD, MICHAEL) (Entered: 07/01/2024) |
| 07/01/2024 | 6<br>(1 pg) | Notice of (related document(s): 5 Motion to Extend Automatic Stay ) Filed by Jamar Leroy Henderson. Hearing scheduled 7/24/2024 at 01:00 PM at Courtroom #1. (ASSAD, MICHAEL) (Entered: 07/01/2024) |
| 07/01/2024 | 7<br>(3 pgs) | Certificate of Service Filed by MICHAEL I. ASSAD on behalf of Jamar Leroy Henderson (related document(s)6, 5). (ASSAD, MICHAEL) (Entered: 07/01/2024) |
| 07/01/2024 |  | Name of Trustee assigned to case: KENNETH E. WEST. (G., Jeanette) (Entered: 07/01/2024) |
| 07/01/2024 | 8<br>(1 pg) | Order Entered the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr.P.1007, It is hereby ORDERED that this case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed are not filed by deadlines listed. ***Any request for an extension of time must be filed prior to the expiration of the deadlines listed***. Atty Disclosure Statement due 7/15/2024.Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1 Due7/15/2024 Means Test Calculation Form 122C-2 - *If Applicable* - Due: 7/15/2024. Chapter 13 Plan due by 7/15/2024. Schedules AB-J due 7/15/2024. Statement of Financial Affairs due 7/15/2024. Summary of Assets and Liabilities due 7/15/2024. (G., Jeanette) (Entered: 07/01/2024) |
| 07/03/2024 | 9<br>(2 pgs) | BNC Certificate of Mailing - Order Requiring Documents. Number of Notices Mailed: (related document(s) (Related Doc # 8)). No. of Notices: 1. Notice Date 07/03/2024. (Admin.) (Entered: 07/04/2024) |

| | | |
|---|---|---|
| 07/08/2024 | 10 (2 pgs) | Notice of Appearance and Request for Notice by MATTHEW K. FISSEL Filed by MATTHEW K. FISSEL on behalf of HSBC Bank USA, National Association, as Trustee for ACE Securities Corp. Home Equity Loan Trust, Ser. (FISSEL, MATTHEW) (Entered: 07/08/2024) |
| 07/15/2024 | 11 (2 pgs; 2 docs) | Motion to Extend time to File Schedules, Statements, and Other Documents Filed by Jamar Leroy Henderson Represented by MICHAEL A. CIBIK (Counsel). (Attachments: # 1 Proposed Order) (CIBIK, MICHAEL) (Entered: 07/15/2024) |
| 07/16/2024 | 12 (1 pg) | Order Granting Motion to Extend Time (Related Doc # 11) Incomplete Filings due by 7/26/2024. Atty Disclosure Statement due 7/26/2024. Chapter 13 Plan due by 7/26/2024. Schedules AB-J due 7/26/2024. Statement of Financial Affairs due 7/26/2024. Summary of Assets and Liabilities due 7/26/2024. Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1 Due 7/26/2024. Means Test Calculation Form 122C-2 - *If Applicable* - Due: 7/26/2024. (S., Antoinette) (Entered: 07/16/2024) |
| 07/18/2024 | 13 (2 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 12)). No. of Notices: 1. Notice Date 07/18/2024. (Admin.) (Entered: 07/19/2024) |
| 07/24/2024 | 14 | Hearing Held and Continued on 5 Motion to Extend Automatic Stay Filed by Jamar Leroy Henderson. Hearing scheduled 08/07/2024 at 01:00 PM at Courtroom #1. Order to be entered and hearing continued to 08/07/2024. (Roman, Sara) (Entered: 07/24/2024) |
| 07/24/2024 | 15 (1 pg) | Order Entered that The automatic stay shall remain in place with regard to all creditors, see 11 U.S.C. §362(c)(3), on an interim basis through August 7, 2024. (related document(s)5). Hearing scheduled 08/07/2024 at 01:00 PM at Courtroom #1. (Roman, Sara) (Entered: 07/25/2024) |
| 07/26/2024 | 16 (2 pgs; 2 docs) | Motion to Extend time to File Schedules, Statements, and Other Documents Filed by Jamar Leroy Henderson Represented by MICHAEL A. CIBIK (Counsel). (Attachments: # 1 Proposed Order) (CIBIK, MICHAEL) (Entered: 07/26/2024) |
| 07/26/2024 | 17 (1 pg) | Order granting 16 Motion to Extend Time to File Required Documents. Atty Disclosure Statement due 8/5/2024. Chapter 13 Plan due by 8/5/2024. Schedules AB-J due 8/5/2024. Statement of Financial Affairs due 8/5/2024. Summary of Assets and Liabilities due 8/5/2024. Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1 due 8/5/2024. Means Test Calculation Form 122C-2 (if applicable) due 8/5/2024. No further extensions will be granted. (Barbetta, John) (Entered: 07/26/2024) |
| 07/27/2024 | 18 (4 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 15)). No. of Notices: 5. Notice Date 07/27/2024. (Admin.) (Entered: 07/28/2024) |
| 07/28/2024 | 19 (2 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # 17)). No. of Notices: 1. Notice Date 07/28/2024. (Admin.) (Entered: 07/29/2024) |

| | | |
|---|---|---|
| 07/31/2024 | [20](#) (17 pgs) | Disclosure of Compensation of Attorney for Debtor in the amount of 2825 Debtor Jamar Leroy Henderson Filed by MICHAEL A. CIBIK on behalf of Jamar Leroy Henderson. (CIBIK, MICHAEL) (Entered: 07/31/2024) |
| 08/06/2024 | [21](#) (1 pg) | Praecipe to Withdraw *Motion to Extend Automatic Stay* Filed by MICHAEL A. CIBIK on behalf of Jamar Leroy Henderson (related document(s)[5](#)). (CIBIK, MICHAEL) (Entered: 08/06/2024) |
| 08/06/2024 | 22 | Hearing Scheduled 08/07/2024on [5](#) Motion to Extend Automatic Stay Filed by Jamar Leroy Henderson Cancelled. Reason for Cancellation: Motion withdrawn. (Roman, Sara) (Entered: 08/06/2024) |
| 08/07/2024 | [23](#) (1 pg) | Order Dismissing **Jamar Leroy Henderson** . (related document(s) 30 62 ). (D., Tasha) (Entered: 08/07/2024) |
| 08/09/2024 | [24](#) (4 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s) (Related Doc # [23](#))). No. of Notices: 6. Notice Date 08/09/2024. (Admin.) (Entered: 08/10/2024) |
| 08/12/2024 | [25](#) (6 pgs) | Withdrawal of Appearance of Michael I. Assad and entry of appearance of Michael A. Cibik. (ASSAD, MICHAEL) (Entered: 08/12/2024) |
| 09/04/2024 | [26](#) (3 pgs) | Chapter 13 Trustee's Final Report and Account, Dismissed. Filed by KENNETH E. WEST. (WEST, KENNETH) (Entered: 09/04/2024) |
| 09/04/2024 | | Bankruptcy Case Terminated for Statistical Purposes. (K., Marie) (Entered: 09/04/2024) |

## PACER Service Center

### Transaction Receipt

11/07/2024 12:27:22

| | | | |
|---|---|---|---|
| **PACER Login:** | bs082020 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 24-12261-pmm Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |