# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE:<br>JAMAR LEROY HENDERSON<br>    Debtor | Case No. 24-13531-pmm<br><br>Chapter 13 |
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2004-FM2 ASSET BACKED PASS-THROUGH CERTIFICATES<br>    Movant<br><br>vs.<br>JAMAR LEROY HENDERSON<br>    Respondent | <br><br><br><br><br><br>11 U.S.C. §362 |

## ORDER

**AND NOW**, upon consideration of the Application of HSBC Bank USA, National Association, as Trustee for ACE Securities Corp. Home Equity Loan Trust, Series 2004-FM2 Asset Backed Pass-Through Certificates (Movant) pursuant to 11 U.S.C. §362(j) to confirm that there was no stay in place.

**ORDERED**, that when the current bankruptcy case was filed on September 30, 2024 there was no stay in effect pursuant to 11 U.S.C. 362 (j) with regard to the real property commonly known as 5049 N. 16th Street, Philadelphia, Pennsylvania 19141 and it is further;

**ORDERED** that Movant may immediately proceed with its State Court rights with regard to the real property known as 5049 N. 16th Street, Philadelphia, Pennsylvania 19141, as more fully set forth in the legal description attached to said mortgage.

**ORDERED** that Rule 4001(a)(3) is not applicable

_____
Patricia M. Mayer
BANKRUPTCY JUDGE