United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-13531-pmm |
| Jamar Leroy Henderson | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 18, 2024 | Form ID: pdf900 | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Jamar Leroy Henderson, 5049 N 16th St, Philadelphia, PA 19141-2240 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Nov 19 2024 00:18:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 19 2024 00:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + Email/Text: BKEBN-Notifications@ocwen.com | Nov 19 2024 00:18:00 | HSBC Bank USA, National Association, as Trustee fo, 1661 Worthington Rd., Ste. 100, West Palm Beach, FL 33409-6493 |
| cr | + Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 19 2024 00:56:43 | Merrick Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |

TOTAL: 4

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2024         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2024 at the address(es) listed below:

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 18, 2024 | Form ID: pdf900 | Total Noticed: 5 |

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION, AS TRUSTEE FOR ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2004FM2 ASSET BACKED PASS-THROUGH CERTIFICATES andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor HSBC Bank USA  National Association, as Trustee for ACE Securities Corp. Home Equity Loan Trust, Ser wbecf@brockandscott.com, matthew.fissel@brockandscott.com |
| MICHAEL A. CIBIK | on behalf of Debtor Jamar Leroy Henderson help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE:<br>JAMAR LEROY HENDERSON<br>    Debtor | Case No. 24-13531-pmm |
| | Chapter 13 |
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2004-FM2 ASSET BACKED PASS-THROUGH CERTIFICATES<br>    Movant | |
| vs.<br>JAMAR LEROY HENDERSON<br>    Respondent | 11 U.S.C. §362 |

## ORDER

**AND NOW**, upon consideration of the Application of HSBC Bank USA, National Association, as Trustee for ACE Securities Corp. Home Equity Loan Trust, Series 2004-FM2 Asset Backed Pass-Through Certificates (Movant) pursuant to 11 U.S.C. §362(j) to confirm that there was no stay in place.

**ORDERED**, that when the current bankruptcy case was filed on September 30, 2024 there was no stay in effect pursuant to 11 U.S.C. 362 (j) with regard to the real property commonly known as 5049 N. 16th Street, Philadelphia, Pennsylvania 19141 and it is further;

**ORDERED** that Movant may immediately proceed with its State Court rights with regard to the real property known as 5049 N. 16th Street, Philadelphia, Pennsylvania 19141, as more fully set forth in the legal description attached to said mortgage.

**ORDERED** that Rule 4001(a)(3) is not applicable

*Patricia M. Mayer*

**Date: November 15, 2024**

Patricia M. Mayer
BANKRUPTCY JUDGE