United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-13531-pmm |
| Jamar Leroy Henderson | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 21, 2024 | Form ID: pdf900 | Total Noticed: 30 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Jamar Leroy Henderson, 5049 N 16th St, Philadelphia, PA 19141-2240 |
| 14933920 | | Deutche Bank National Trust, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14934585 | + | HSBC Bank USA, National Association, c/o MATTHEW K. FISSEL, Brock & Scott PLLC, 302 Fellowship Road, Suite 130 Mt Laurel Township, NJ 08054-1218 |
| 14932207 | + | Philadelphia Co Drs, 34 S 11th St Rm 304, Philadelphia, PA 19107-3623 |
| 14932208 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14932214 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 22 2024 00:14:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | + | Email/Text: BKEBN-Notifications@ocwen.com | Nov 22 2024 00:13:00 | HSBC Bank USA, National Association, as Trustee fo, 1661 Worthington Rd., Ste. 100, West Palm Beach, FL 33409-6493 |
| cr | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 22 2024 00:15:24 | Merrick Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14932195 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 22 2024 00:12:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14932196 | | Email/Text: BarclaysBankDelaware@tsico.com | Nov 22 2024 00:13:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 S West St, Wilmington, DE 19801-5014 |
| 14932197 | | Email/Text: BKPT@cfna.com | Nov 22 2024 00:12:00 | CFNA, Attn: Bankruptcy, PO Box 81315, Cleveland, OH 44181-0315 |
| 14932198 | | Email/Text: megan.harper@phila.gov | Nov 22 2024 00:14:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14932199 | | Email/Text: bankruptcy@philapark.org | Nov 22 2024 00:14:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14932200 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 22 2024 00:13:00 | Community Loan Servicing, LLC, Attn: Bankruptcy Dept, 4425 Ponce De Leon Blvd Fl 5, Coral Gables, FL 33146-1839 |
| 14932201 | | Email/Text: mrdiscen@discover.com | Nov 22 2024 00:12:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 14934332 | + | Email/Text: EBN@brockandscott.com | Nov 22 2024 00:13:00 | HSBC Bank USA ,et al, C/O Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14932202 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 22 2024 00:13:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA |

Case 24-13531-pmm   Doc 20   Filed 11/23/24   Entered 11/24/24 00:39:49   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 21, 2024 | Form ID: pdf900 | Total Noticed: 30 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 19101-7346 |
| 14932203 | + | Email/Text: BKEBN-Notifications@ocwen.com | Nov 22 2024 00:13:00 | Ocwen Loan Servicing, LLC, Attn: Bankruptcy Attn: Bankruptcy, 1661 Worthington Rd , Ste 100, West Palm Beach, FL 33409-6493 |
| 14932204 | | Email/Text: fesbank@attorneygeneral.gov | Nov 22 2024 00:13:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14934333 | + | Email/Text: BKEBN-Notifications@ocwen.com | Nov 22 2024 00:13:00 | PHH Mortgage Corporation, 1661 Worthington Rd., Ste. 100, West Palm Beach, Florida 33409-6493 |
| 14932205 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 22 2024 00:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14941346 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 22 2024 00:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14932206 | ^ | MEBN | Nov 22 2024 00:08:13 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14932209 | | Email/Text: bankruptcy@philapark.org | Nov 22 2024 00:14:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14932210 | + | Email/Text: bankruptcy@self.inc | Nov 22 2024 00:13:00 | Self Financial, Inc., Attn: Bankruptcy, 515 Congress Ave , Ste 1550, Austin, TX 78701 |
| 14932211 | + | Email/Text: bankruptcy@self.inc | Nov 22 2024 00:13:00 | Self INC/Lead Bank Communtiy Bank, Attn: Bankruptcy 1801 Main St, Kansas City, MO 64108-2352 |
| 14932212 | + | Email/Text: bankruptcy.notices@sunrisebanks.com | Nov 22 2024 00:13:00 | Sunrise Banks, Attn: Bankruptcy 2525 Wabash Ave, Saint Paul, MN 55114-1020 |
| 14932213 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 22 2024 00:14:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14932215 | ^ | MEBN | Nov 22 2024 00:08:03 | United Acceptance, Inc., Attn: Bankruptcy, PO Box 926, Morrow, GA 30260-0926 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 23, 2024          Signature:     /s/Gustava Winters

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Nov 21, 2024 | Form ID: pdf900 | Total Noticed: 30

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor HSBC BANK USA NATIONAL ASSOCIATION, AS TRUSTEE FOR ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2004FM2 ASSET BACKED PASS-THROUGH CERTIFICATES andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor HSBC Bank USA National Association, as Trustee for ACE Securities Corp. Home Equity Loan Trust, Ser wbecf@brockandscott.com, matthew.fissel@brockandscott.com |
| MICHAEL A. CIBIK | on behalf of Debtor Jamar Leroy Henderson help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form OL241* (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Jamar Leroy Henderson ) Case No. 24−13531−pmm
)
)
   Debtor(s). ) Chapter: 13
)
)

## ORDER

   AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated October 1, 2024, this case is hereby DISMISSED.

**Date: November 21, 2024**

Patricia M. Mayer
Judge, United States Bankruptcy Court

Missing Documents:
Atty Disclosure Statement
Chapter 13 Plan
Schedules AB−J
Statement of Financial Affairs
Statistical Summary of Certain Liabilities
Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C−1
Means Test Calculation Form 122C